32 So.2d 186
**Mamie THOMAS v. STATE.**
6 Div. 401.

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 873
**Elmer THOMPSON v. STATE.**
8 Div. 571.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

34 So.2d 873
**Lawton THOMPSON v. STATE.**
8 Div. 642.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 873
**Lawton THOMPSON v. STATE.**
8 Div. 643.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 907
**Polly THOMPSON v. STATE.**
8 Div. 519.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 282
**Douglass THORN v. STATE.**
8 Div. 611.

Court of Appeals of Alabama.
Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.